# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO       CR20-251JD

UNITED STATES OF AMERICA

V.

XIN WANG

**FILED**

Jun 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1546(a) – Fraud and Misuse of Visas;
18 U.S.C. § 982(a)(6) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this __18th__ day of

June, 2020.

Virginia K. DeMarchi

Clerk

Bail, $ No Process

FILED

Jun 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DAVID L. ANDERSON (CABN 149604)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>XIN WANG,<br><br>　　　Defendant. | CASE NO. CR20-251 JD<br><br>VIOLATION:<br>18 U.S.C. § 1546(a) – Fraud and Misuse of Visas;<br>18 U.S.C. § 982(a)(6) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

# I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:　　　(18 U.S.C. § 1546(a) – Fraud and Misuse of Visas)

From on or about December 17, 2018, to on or about June 7, 2020, in the Northern District of California and elsewhere, the defendant,

XIN WANG,

knowingly uttered, used, attempted to use, possessed, obtained, accepted, and received a non-immigrant visa knowing the document to have been procured by means of any false claim and statement, otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

//

//

INDICTMENT

FORFEITURE ALLEGATION:   (18 U.S.C. § 982(a)(6))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(6).

Upon conviction of the offense set forth in this Indictment, the defendant,

XIN WANG,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense;

    b. any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or

    c. that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(6) and Federal Rule of Criminal Procedure 32.2.

DATED: June 18, 2020

A TRUE BILL.

/s/
_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

/s/ Kimberly Hopkins
_____
BENJAMIN KINGSLEY
KIMBERLY HOPKINS
Assistant United States Attorneys