STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> XIN WANG, <br><br> Defendant. | CASE NO. CR 20-251 JD <br><br> **STIPULATION AND [PROPOSED] ORDER** |

The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate to and memorialize the following findings:

On November 18, 2020, the parties made their initial appearance before this Court in this case. At that status conference, the parties discussed the volume of discovery that had been produced and defendant's need to review it and assess next steps. The parties also discussed with the Court the complexities of this case, which involve allegations that defendant is an officer of the military of the People's Republic of China, the People's Liberation Army. The Court scheduled a status conference on April 21, 2021, and excluded time for effective preparation of defense counsel. Pursuant to the parties' joint request, Dkt. 21, the Court continued the April 21, 2021 status conference to June 2, 2021, and excluded time for effective preparation of counsel. Dkt. 22.

STIPULATION AND [PROPOSED] ORDER     1
CR 20-251 JD

1 | The parties now request that the status conference scheduled for June 2, 2021, be continued to July 7, 2021, at 10:30 a.m. Since the November 18, 2020 hearing, the government has continued to produce discovery to defense counsel, including a substantial amount of discovery that is written in Chinese or which involves spoken Mandarin Chinese. Defense counsel continues to review it and investigate the case, which is complex. Additionally, the parties filed a stipulation and proposed protective order on May 6, 2021. If the Court grants the protective order, the government anticipates providing additional discovery pursuant to the protective order, including additional discovery requested by defense counsel, which defense counsel then needs time to review. A continuance will provide the defense needed time to continue to review discovery, investigate the facts, and discuss resolution of the case with the government. For these reasons, the parties stipulate and agree that the time between June 2, 2021, and July 7, 2021, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time will allow for the effective preparation of counsel, taking into account the nature of the prosecution and the particular complexity of this case, and the ends of justice served by this delay outweigh the defendant's and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

DATED: May 19, 2021

BENJAMIN KINGSLEY
HELEN L. GILBERT
Assistant United States Attorneys

DAVID MICHAEL BIGELEISEN
Counsel for Defendant Xin Wang

STIPULATION AND [PROPOSED] ORDER         2
CR 20-251 JD

# [PROPOSED] ORDER

For the reasons stated above, the hearing previously scheduled for June 2, 2021, is continued to July 7, 2021, at 10:30 a.m.

The Court finds that the exclusion of the period from June 2, 2021, to July 7, 2021, from the time limits applicable under 18 U.S.C. § 3161(b), is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for defendant the reasonable time necessary for effective preparation and of counsel, taking into account the particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

IT IS SO ORDERED.

DATED: June 1, 2021



IT IS SO ORDERED
Judge James Donato

STIPULATION AND [PROPOSED] ORDER    3
CR 20-251 JD