1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
5  HELEN L. GILBERT (NYBN 4736336)
       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      Helen.Gilbert@usdoj.gov

8  MARK LESKO
   Acting Assistant Attorney General
9  National Security Division

10 NATHAN SWINTON (NYBN 4860482)
   Trial Attorney, National Security Division
11     950 Pennsylvania Avenue NW, Room 7700D
       Washington, DC 20530
12     Telephone: (202) 353-0267
       Fax: (202) 532-4251
13     Nathan.Swinton@usdoj.gov

14 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 20-251 JD |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | |
| XIN WANG, ) | |
| Defendant. ) | |

The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate to and memorialize the following:

On July 7, 2021, the parties appeared before this Court for a status conference. Defense counsel requested a trial date, and the Court ordered the parties to confer and make a joint filing by July 14,

STIPULATION AND [PROPOSED] ORDER     1
CR 20-251 JD

2021, proposing a trial date.

The parties have conferred and propose a trial date of November 8, 2021. The parties recognize that the Thursday of this week, November 11, 2021, is a federal holiday, but anticipate that they will be able to complete the trial in four days.

As stated during the July 7, 2021, appearance, defense counsel anticipates bringing a motion for release from pretrial detention. If this motion is successful, defense counsel anticipates seeking a continuance of the proposed November 8, 2021 trial date. At this time, however, given the amount of time that defendant has spent in pretrial detention, the parties request a trial date of November 8, 2021.

A further status conference is scheduled for August 23, 2021. The Court has excluded time under the Speedy Trial Act until this date. The parties stipulate and agree that the time between August 23, 2021, and November 8, 2021, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The government continues to produce discovery to defense counsel, who continues to review it and investigate the case. Defense counsel also, as stated during the July 7, 2021, appearance, is determining whether to file a motion to suppress, and will need time to prepare for trial. Excluding time will allow for the effective preparation of counsel, taking into account the nature of the prosecution and the particular complexity of this case, and the ends of justice served by this delay outweigh the defendant's and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

DATED: July 14, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s Helen L. Gilbert*
HELEN L. GILBERT
Assistant United States Attorney
NATHAN SWINTON
Trial Attorney, National Security Division


*/s David Michael Bigeleisen*
DAVID MICHAEL BIGELEISEN
Counsel for Defendant Xin Wang

**[PROPOSED]** ORDER

The Court sets trial in this case to begin November 8, 2021.

The Court finds that the exclusion of the period from August 23, 2021, to November 8, 2021, from the time limits applicable under 18 U.S.C. § 3161(b), is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for defendant the reasonable time necessary for effective preparation of counsel, taking into account the particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (iv).

IT IS SO ORDERED.

DATED: July 15, 2021

HONORABLE JAMES DONATO
United States District Judge