```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
 3  HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division
 4
 5  HELEN L. GILBERT (NYBN 4736336)
         450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 6       Telephone: (415) 436-7200
         Fax: (415) 436-7234
 7       Helen.Gilbert@usdoj.gov

 8  MARK LESKO
    Acting Assistant Attorney General
 9  National Security Division

10  NATHAN SWINTON (NYBN 4860482)
    Trial Attorney, National Security Division
11       950 Pennsylvania Avenue NW, Room 7700D
         Washington, DC 20530
12       Telephone: (202) 353-0267
         Fax: (202) 532-4251
13       Nathan.Swinton@usdoj.gov

14  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20-251 JD |
|---|---|
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| v. | ) |
| XIN WANG, | ) |
| Defendant. | ) |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment against defendant Xin

NOTICE OF DISMISSAL      1
CR 20-251 JD

Wang.  The United States requests that the Court vacate the trial scheduled for November 8, 2021.

DATED: July 23, 2021 　　　　　　　　　　　　　Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Hallie Hoffman*
HALLIE HOFFMAN
Chief, Criminal Division

    Leave is granted to the government to dismiss the Indictment against defendant Xin Wang.  The trial scheduled for November 8, 2021, is hereby VACATED.

Date: _____   　　　　　　　　　_____
HON. JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
CR 20-251 JD　　　　　　　　　　　　　　　　2