STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Helen.Gilbert@usdoj.gov

MARK LESKO
Acting Assistant Attorney General
National Security Division

NATHAN SWINTON (NYBN 4860482)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW, Room 7700D
    Washington, DC 20530
    Telephone: (202) 353-0267
    Fax: (202) 532-4251
    Nathan.Swinton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-251 JD |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| XIN WANG, | |
| Defendant. | |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment against defendant Xin

1   Wang.  The United States requests that the Court vacate the trial scheduled for November 8, 2021.

2   DATED: July 23, 2021                                    Respectfully submitted,

3                                                           STEPHANIE M. HINDS
4                                                           Acting United States Attorney

5                                                           /s/ Hallie Hoffman
6                                                           HALLIE HOFFMAN
                                                            Chief, Criminal Division
7

8       Leave is granted to the government to dismiss the Indictment against defendant Xin Wang.  The
9   trial scheduled for November 8, 2021, is hereby VACATED.

10

11  Date:  July 23, 2021                                    _____
                                                            HON. JAMES DONATO
12                                                          United States District Judge

NOTICE OF DISMISSAL                       2
CR 20-251 JD